# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

136521

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELBERT BUTLER, III, as Next Friend
of ELBERT BUTLER, IV, a Minor,
      Plaintiff-Appellee,

v

SC: 136521
COA: 275679
Genesee CC: 06-083721-NF

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
      Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the April 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

Clerk